**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | | |
|---|---|---|---|
| 1. | SARAH HANCOCK, | ) | |
| | | ) | |
| | Plaintiff, | ) | |
| v. | | ) | CIV-18-235-SLP |
| | | ) | |
| 1. | TFC QUAIL SPRINGS OPCO, LLC | ) | |
| | d/b/a PDQ, and | ) | |
| 2. | CHOICE EMPLOYER SOLUTIONS | ) | |
| | III, INC., | ) | |
| | | ) | **JURY TRIAL DEMANDED** |
| | Defendants. | ) | **ATTORNEY LIEN CLAIMED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Sarah Hancock, hereby stipulates with the Defendants, TFC Quail Springs OPCO, LLC d/b/a PDQ and Choice Employer Solutions III, Inc. (Choice HR), that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 20th DAY OF AUGUST, 2018.**

          s/Lauren W. Johnston
          Jana B. Leonard, OBA # 17844
          Shannon C. Haupt, OBA #18922
          Lauren W. Johnston, OBA # 22341
          LEONARD & ASSOCIATES, P.L.L.C.
          8265 S. Walker
          Oklahoma City, OK 73139
          Tele:  405-239-3800  Fax:  405-239-3801
          leonardjb@leonardlaw.net
          johnstonlw@leonardlaw.net
          haupts@leonardlaw.net
          *Counsel for Plaintiff*


          s/ Jason L. Callawy
          (Signed with permission)
          J. Christopher Davis, OBA #16639
          Kari A. Deckard, OBA #30735
          Jason L. Callaway, OBA #31958
          JOHNSON & JONES, P.C.
          Two Warren Place
          6120 South Yale, Suite 500
          Tulsa, Oklahoma 74136
          Tele: 918-584-6644  Fax: 888-789-0940
          cdavis@johnson-jones.com
          kdeckard@johnson-jones.com
          jcallaway@johnson-jones.com
          *Counsel for Defendant*